FILED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR**
**DISTRICT OF COLUMBIA**

STEPHENS SOUTHERN EXPRESS, INC.
Michael Jack Stephens **Sui Juris**
128 Pinto Way
Bloomingdale, Georgia 31302
912-429-3387

Plaintiff

VS CIVIL AC

Case: 1:07-cv-01059
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/15/2007
Description: Pro Se Gen. Civil

UNITED STATES GOVERNMENT

INTERNAL REVENUE SERVICE

NAMED EMPLOYEES:

A. T.E. FENDERSON EMPLOYEE NO: 58-05723
Technical services group manager
stop 333-D
401 West Peachtree Street
Atlanta, Georgia 30308

B. TERENCE MOORE EMPLOYEE NO: 58-07636
5240 Snapfinger Park Drive
Suite 190, Stop 610D
Decatur, Georgia 30035

## I. COMPLAINT

**1. Introduction:**

On are about September 17, 2005 I questioned the heavy vehicle use tax of 550.00 dollars. I was under the assumption that in 2005 it was reduced down by 75% of the original amount. I have tried to pay the lesser amount and the IRS employee (Don Perry) refused to accept this amount. I paid the 550 under protest, and the determination was

RECEIVED
MAY 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

denied. I have since read Title 26 U.S.C. §4481 completely. I still do not agree with the determination of us not being able to pay a lesser amount. I hereby file this complaint to challenge this determination made by the Internal Revenue Service employees.

**2. Jurisdiction**

a. 28 U.S.C. §1331, 26 U.S.C. §7433, 26 U.S.C. §7214, 26 U.S.C.§7804

Defendant(s) are employees of the Internal Revenue Tax and Audit Service Inc., and independent agency of the U. S. of America, Inc. Pursuant of Rule 12 (b)(6) plaintiff has stated a claim which relief may be granted and, therefore this petition cannot be dismissed for failure to state such a claim. I am within the 2 years of limitations.

**3. Statement of facts**

a. For tax period of July 1, 2005 thru June 30, 2006, I paid 550.00 dollars for heavy vehicle use tax (check 622) for one truck.

b. For tax period of July 1, 2005 thru June 30, 2006, I got form 2290 (OMB 1545-0143) stamped with proper stamp from the IRS office in Savannah, GA. to send to Department of Rev. GA, for license plate for 1 truck. In Georgia I can not purchase a license plate without the stamped 2290.

c. Under the exceptions for small owner/operators 26 U.S.C. §4481, the correct amount of tax should be 240.00 dollars, for 1 truck, for taxable period in question. So now I am requesting a refund of overpayment, plus penalties, plus interest, and other damages.

d. I am requesting lawyer fees/consultant fees under 7430, for I am the prevailing party.

e. **26 U.S.C. §4481 (2) other provisions:**

Effective date of Jan. 6, 1983 amendment; special rule. Act Jan. 6, 1983, P. L. 97-424, Title V, Sec. 513(f), 96 Stat. 2179, provides:

(1) In general, except as otherwise provided in this subsection, the amendment made by this section [amending 26 USC 4481, 4482, and 4483, and classified in part as a note to this section] **shall take effect on July 1, 1984.**

(2) Special rule in the case of certain owner/operators

(A) In general, in the case of small owner operators, paragraph (1) of this subsection and paragraph (2) of section 4481 (a) of the Internal Revenue Code of 1954 [1986] (as added by this section) shall be applied by substituting for each year contained in such paragraphs a date which is 1 year after the date so contained.

(B) Small owner-operators. For the purpose of this paragraph, the term "small owner-operators" means any person who owns and operators at any time during the taxable period <u>no more that 5 highway motor vehicles with respect to which a tax is imposed by section 4481</u> of such code for such taxable period.

f. **Special Rule in the case of certain owner-operators.**

Act July 18, 1984, P.L. 98-369, Div. A, Title IX, Subtitle A, Sec. 901(b), 98 Stat 1003, provides:

(1) Special rule for taxable period beginning July 1, 1984. In the case of a small owner-operator, the amount of the tax imposed by section 4481 of the Internal Revenue Code of 1954 [1986] on the use of any highway

motor vehicle subject to tax under section 4481(a) of such code (as amended by subsection (a)) for the taxable period which begins on July 18, 1984, shall be the lesser of—

(A) $3 for each 1,000 pounds of taxable gross weight (or fraction thereof), or;

(B) the amount of tax which would be imposed under such section 4481(a) without regard to this paragraph.

g. As owner operators our gross is 80,000 pounds. Divide 1,000 into 80,000 you will have 80. So $3 times 80 would equal 240 dollars, or fraction thereof; For everyone who falls in this category our heavy vehicle use tax on the IRS Form 2290 should only be 240 for the gross weight of 80,000 pounds. I have shown this section to Mr. Don Perry in the Savannah Office and he still demanded the full 550.

h. Being this is the case, I have two choices:

1. Paid the full amount of 550, by way of involuntary servitude, which I did under protest.

2. Do not pay the 550, and be put out of business by way of extortion:

**4. REMEDIES SOUGHT**

1. Seeking a refund of overpayment.

a. 550 minus 240 equals a refund due me of: 310.00

2. Seeking penalties on overpayment.

a. 310 times 5% per month for 22 months: 363.00

b. For each additional month add this amount: 16.50

3. Seeking interest on overpayment.

a. 310 times 5% per month for 22 months: 363.00

b. For each additional month add this amount: 16.50

4. 26 U.S.C. §7430:

Seeking fees same as attorney's fee/consultant fees which is proper for my time and efforts are worth the same. It is proper for the Court to order the Defendant(s) to pay this as damages to me.

a. Filing Fee to be paid to Clerk of Court: 350.00

b. Consultant fee of: 10,000.00

5. 26 U.S.C. § 7214 and 26 U.S.C. §7804

Seeking against individual(s) listed above the sum of the fines imposed by this section for each violation of §7214:

(1) who is guilty of any extortion or willful oppression under color of law;

(2) who knowingly demands other or greater sums than are authorized by law,

(7) who makes or signs any fraudulent entry in any book, or makes or signs any fraudulent certificate, return, or statement; or

(8) who having knowledge or information of the violation of any revenue law by any person,...fails to report, in writing, such knowledge, or information to the Secretary;

<u>shall be dismissed from office or discharged from employment and, upon conviction thereof, shall be fined not more than 10,000, or imprisoned not more than 5 years, or both.</u>

a. Seeking damages under these sections of $10,000 from each natural person or, each named employee (natural person) be dismissed from there employment, for failing to do their job correctly under the code.

b. Damages sought here: $20,000

6. 26 U.S.C. §7433:

All administrative remedies have been exhausted. Defendant(s) thru principals employees, agents, did recklessly, intentionally, and with malice disregard the IRC as clearly stated above. Did demand and collect a amount NOT authorized by law.

a. Damages:

1. In any action brought under subsection (a) or petition filed under subsection (e) upon a finding of liability on the part of the defendant(s), the Defendant(s) shall be liable to the Plaintiff in an amount equal to the lesser of $1,000,000 ($100,000 in the case of negligence) or the sum of---

(1) actual, direct economic damages sustained by the plaintiff…

(2) the costs of the action.

7. Defendant(s) willfully, recklessly, and with malice by reason of negligence violated above section, in collecting more than allowed, leaving Plaintiff in a state of involuntary servitude, by no fault of Plaintiff. Therefore under this section, Plaintiff seeks damages as stated above in sections 1-5 of remedies sought.

8. Seeking that each named employee (natural person) be tried under the criminal statute of Title 18, for their crimes. The Attorney General should file suit against each named employee (natural person) for their involvement in the involuntary servitude, extortion, and others against Plaintiff.

9. Plaintiff seeks order and remedies sought above in this action, by said court upon the findings.

a. Order for payment of funds as stated above in sections 1-5.

b. Order for criminal prosecution of named employees per section 8.

c. Order for any other remedies due Plaintiff, as Court feels is just and proper.

Sincerely:

Michael Jack Stephens
all rights reserved
May 07, 2007

NOTARY:
MELISSA F. [illegible]ASLEY
Notary Public [illegible] County, GA
My Commission Expires January 16, 2011

cc. FILE

Administrative Claim
Against the employee named within
And the Internal Revenue Service

Michael Jack Stephens
P. O. Box 781
Pooler, Georgia 31322

Mr. Don Perry
Mr. Mark W. Everson
Commissioner of
Internal Revenue Service
Technical Support Gp.
Stop 333-D
401 W. Peachtree Street
Atlanta, Georgia 30308

To whom it may concern:

A) I am Michael Jack Stephens, have and continue to make a good faith effort to do what God would have me to do. I live by the laws of the Holy bible, and I have tried to seek answers find the truth in all this madness. I come now a show the facts of this claim and seek damages for the intention, abuse and violation of the Internal Revenue Code.

1) On Friday 06/17/05 at 12.23 p.m. I entered the Internal Revenue office in Savannah, Ga. to see about getting a stamped paid copy of the 2290 form, which is for Heavy vehicle use tax. See Exhibit A

2) I presented employee Mr. Don Perry (ID NO 58-90044) with a copy of title 26 U.S.C. 4482 and was telling him to read and let me know about the amount being reduced per section (d) "Special rule for taxable period which ends on September 30, 2005, the amount of the tax imposed by section 4481 with respect to any highway motor vehicle shall be

07 1059
FILED
JUN 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

determined by reducing each dollar amount in the table contained in section 4481 (a) by 75 percent.

(I) I proceeded to tell him to read and let me pay this amount but he refused. Now in Georgia I am unable to purchase a license plate for my truck without this being paid first. I told him was paying this under protest, with suit to follow for a refund. He said he does not care. I will have to pay the full 550.00 dollars. So I pay him and got my receipt to purchase a license plate with.

3) pursuant of 4482 (d) the correct amount is 137.50 as of the beginning of this period. In 1998 Subsecs. c) (4), (d). Pub. L. 105-178 substituted "2005" for "1998" wherever appearing.

4) pursuant of 4482 c) (4) Taxable period

The term "taxable period" means any year beginning before July 1, 2005, and the period which begins on July 1, 2005, and ends at the close of September 30, 2005.

5) when I got home I went on the internet and checked the law on U.S.Code.com to see if I had missed it being change. I printed out copy for your inspection, dated 6/17/05 and the time of printing it was 3.06 p.m.. See Exhibit B.

6) Also under 44 U.S.C. 3506, 3507, Public Law 96-511, found again in 5 C.F.R. 1320., and 1320.12 this form 2290 has defaults in it. It does not comply with the OMB paperwork reduction act of 1974, 1980. So therefore it may be ignored by the Public.

SEE EXHIBIT C

7) Also under 44 U.S.C. 3512, a non valid OMB no. is a complete defense.

B) relief can be granted under the follow statues.

(I) 18 U.S.C. 1951 "Extortion"

(2) the term Extortion means the obtaining of property from another, with his consent Induced by wrongful use of actual or threatened force, violence, or fear, or under Color of official right.

(II)26 U.S.C. 7433 "civil damages for certain unauthorized collection actions.

C) This is indeed a unauthorized collection action, because I told him about the statue, and the date of its termination. This constitutes negligence on Mr. Don Perry's part and the Statue calls for damages of 100,000 dollar for this offense.

D) 26 U.S.C. 7214: "offenses by officers and employees of the United States.

(a) (2) who knowingly demands other or greater sums than are authorized by law, ...

He knowingly did because I took my Title 26 law book with me and showed it to him

.

**E) Damages seeking:**

1) 100,000.00 dollar for the intentional, negligence of the code under 26 U.S.C. 7433 and refund of my money,

2) Employee Mr. Don Perry should be removed from his job for violation of the internal revenue code. His violation is intention, because he was told and showed a copy of the section 4482 by me.

3) A judgment in favor of plaintiff in this petition. Plaintiff prays for relief granted by the above code sections. May God bless you all.

Michael Jack Stephens

Michael Jack Stephens

06-20-05



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

**COMMISSIONER**
**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

5240 Snapfinger Park Drive
Suite 190 Stop 610-D
Decatur, GA 30035

Person to Contact: Terence Moore
ID: 58-07636
Telephone Number: 404-338-9608
Fax Number: 404-338-9722
Refer Reply to:
Area 8 Territory 2 Group 2

Date: October 7, 2005 ✓

Michael Jack Stephens
P.O. Box 781
Pooler, Georgia 31322

Dear Sir:

I have been assigned your administrative claim for review. I would like to speak with you to discuss the matter. You may reach me at the above number. If you are unable to reach me directly, please leave a phone number where I may reach you.

Sincerely,

Terence Moore
Excise Tax Agent

Michael Jack Stephens
P. O. Box 781
Pooler, Georgia 31322
October 14, 2005

Mr. Terence Moore
5240 Snapfinger Park Drive
Suite 190, Stops 640-D
Decatur, Ga. 30035

Sir:

All correspondences to me will have to be in writing. I have lots of questions, and not one likes to answer my letters, etc. I will take letters by Fax. My Fax no. is 912-748-7826. you may fax you responses to this number if you like.

1) Who do you work for?
2) What agency do you work for?
3) What authority (law) gives you permission to extort money from me?
4) I need to know the insurance company and your bond no.

All these first questions must be answered before we can discuss any other problems. I must know you have not over stepped your authority to work this out with me. Every one must obey the law

O.C.G.A. 1-3-6: Ignorance of the law excuses no one.

Please answer the above question, then we will work on the other problems your illegal agency has put on me..

Sincerely
Michael Jack Stephens
Michael Jack Stephens
In proper person
A sovereign under God

Cc. file

**Internal Revenue Service**
401 W. Peachtree Street, NW
Stop 333-D, Suite 900
Atlanta, GA 30308-3539

**Department of the Treasury**

**Date:** November 08, 2005

Michael Jack Stephens
Stephens Southern Express, Inc.
Post Office Box 781
Pooler, GA 31322

**IRS Employee to Contact:**
S.E. Cook
**Employee Identification Number:**
58-07611
**Telephone Number:**
(404) 338-8251

Dear Mr. Stephens:

We have reviewed the claim for damages under the Internal Revenue Code Section 7433 (Civil Damages for Certain Unauthorized Collection Actions) that you filed in connection with your payment of heavy vehicle use taxes for the taxable period ending June 30, 2006.

We are denying your claim for the following reasons:

The claim fails to meet the requirements set forth in Internal Revenue Code Section 7433. Internal Revenue Code Section 7433 provides that a taxpayer may bring a civil action for damages against the United States if, in connection with any collection activity, an Internal Revenue Service officer or employee negligently or recklessly disregards any provision of the Internal Revenue Code, or any regulation promulgated thereto, and the taxpayer sustains direct economic damages as a result of the activity. Internal Revenue Code Section 7433 applies to unauthorized collection activity. It does not apply to activities Internal Revenue Service officers and/or employees perform in connection with the assessment or determination of taxes.

The Safe, Accountable, Flexible, Efficient Transportation Equity Act: A Legacy for Users (PL 109-59) extended heavy vehicle use taxes imposed by Internal Revenue Code Section 4481, and the special rule set forth in Internal Revenue Code Section 4482(d) relating to the reduction of heavy vehicle use taxes for taxable periods "in which the termination date occurs," through September 30, 2011. Thus, highway use taxes have not been eliminated. *See* Internal Revenue Code Section 4481 and 4482(d), as amended. Based on the current tax law and applicable regulations, the Internal Revenue Service properly determined the amount of heavy vehicle use tax owed for the taxable period ending June 30, 2006. As a result, your claim for refund cannot be considered.

You are not entitled to make another administrative appeal of this decision. However, if you wish to take further action, you may file a civil action for damages under Treasury Regulation §301.7433-1 in federal district court. You have two years from the date of the action you believe caused your damage to take your case to court. If you have any questions or need more information, please contact the person at the telephone number listed above.

Sincerely,

T. E. Fenderson
Technical Services Group Manager
Employee ID# 58-05723

Cab over

Pd $550.00
1997 Int'l
Pd ck#622

Pd In full July 1-2005 thru June 30-2006

**SCHEDULE 1 (Form 2290)**
(Rev. July 2005)
Department of the Treasury
Internal Revenue Service

# Schedule of Heavy Highway Vehicles

For the period July 1, 2005, through June 30, 2006

**This copy will be stamped and returned to you for use as proof of payment when registering vehicle(s) with a state.**

OMB No. 1545-0143

**Type or Print**

Name as shown on Form 2290: Stephens Southern Express, Inc.

Employer identification number: 58 : 1614226

Address (number, street, and room or suite no.): 128 Pinto Way

City, state, and ZIP code (for Canadian or Mexican address, see page 4 of the instructions.): Bloomingdale, GA 31302

**Caution:** *You must list **all** vehicles. Attach a separate list if needed.*

**Part I — Vehicles on Which You Are Reporting Tax.** See page 6 of the instructions.

INTERNAL REVENUE SERVICE
W&I FIELD ASSISTANCE
JUN 2005
RECEIVED W/REMITTANCE
Savannah, GA 31412

| | Vehicle Identification Number | Category | | Vehicle Identification Number | Category |
|---|---|---|---|---|---|
| 1 | 1HSRSAMR2VH416096 | V | 7 | | |
| 2 | | | 8 | | |
| 3 | | | 9 | | |
| 4 | | | 10 | | |
| 5 | | | 11 | | |
| 6 | | | 12 | | |

**Part II — Vehicles for Which Tax Is Suspended—5,000 Miles or Less (7,500 Miles or Less for Agricultural Vehicles).** See page 6 of the instructions.

| | Vehicle Identification Number | Category | | Vehicle Identification Number | Category |
|---|---|---|---|---|---|
| 1 | — | W | 2 | — | W |

**Part III — Summary of Reported Vehicles**

a Enter the number of taxable vehicles from Form 2290, page 2, column 3, **Totals** . . . . . . . . **a** 1

b Enter the total number of taxable vehicles on which the tax is suspended from Form 2290, page 2, column 3 (category W) . . **b** —

**For Privacy Act and Paperwork Reduction Act Notice, see page 8 of the instructions.**

Schedule 1 (Form 2290) (Rev. 7-2005)

Welcome to
IRS Savannah
103
Return Prep

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
07-1059
RMC

**I (a) PLAINTIFFS**

MICHAEL J. STEPHENS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

PRO SE N/P

**DEFENDANTS**

USA, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
128 PINTO WAY
BLOOMINGDALE GA. 31302
912. 429.3387

Case: 1:07-cv-01059
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/15/2007
Description: Pro Se Gen. Civil

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

☐ **A. *Antitrust***

- ☐ 410 Antitrust

☐ **B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

☐ **C. *Administrative Agency Review***

- ☐ 151 Medicare Act

**Social Security:**

- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**

- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. *Temporary Restraining Order/Preliminary Injunction***

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)***

☐ **E. *General Civil (Other)*** OR ■ **F. *Pro Se General Civil***

**Real Property**

- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**

- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**

- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**

- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**

- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**

- ■ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**

- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**

- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— o —

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

■ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

26 USC 7433

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ■ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO If yes, please complete related case form.

**DATE** 6.15.07 **SIGNATURE OF ATTORNEY OF RECORD** [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd