**U.S. Department of Justice**
**United States Marshals Service**

---

### NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Terrence Moore, Agent
Internal Revenue Service
5240 Snapfinger Park Drive
Decatur, GA 30035

Civil Action, File Number __07-1059 RMC__

__Michael J. Stephens__
V.
__United States Government, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

Date of Signature                                              Signature (USMS Official)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Terrence Moore, Agent
IRS
5240 Snapfinger Pk. Dr.
Decatur, GA 30035

2. Article Number (Transfer from service label): 7003 2260 0000 4984 5174

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature   X _____ ☒ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

RECEIVED
JUL 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date of Signature

Form USM-299 (Rev. 6/95)

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

T.E. Fenderson, Agent
Internal Revenue Service
401 W. Peachtree St., NW
Stop 333-D, Ste #900
Atlanta, GA 30308

Civil Action, File Number __07-1059   RMC__

__Michael J. Stephens__
V.
__United States Government, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you [are being served]) must answer the [complaint] in any other manner permitted by law.

[judgment] by default will be taken against you for the [relief demanded in the complaint.]

Date of Signature _____
Signature (USMS Official) _____

NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF Summons and Complaint By Mail was [received]

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

[Number] and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature _____

Relationship to Entity/Authority to Receive
_____

Service of Process _____

Date of Signature _____

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   T.E. Fenderson, Agent
   IRS
   401 W. Peachtree St, NW
   Stop 333-D, Ste. #900
   Atlanta, GA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Bill Allen    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Bill Allen                    JUN 27 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0000 4984 5266

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Handwritten: 07-1059   6-25-07   JRT

RECEIVED
JUL 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299 (Rev. 6/95)

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Internal Revenue Service
401 W. Peachtree St., NW
Stop 333-D, Ste. #900
Atlanta, GA 30308

Civil Action, File Number __07-1059  RMC__

__ Michael J. Stephens __
V.
__US Government, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ... indicate under your signature your authority.

07-1059 FRT  6-25-07

... days, you (or the party on whose behalf you ...plaint in any other manner permitted by law.

...behalf you are being served) must answer the ...t by default will be taken against you for the

...t of Summons and Complaint By Mail was

...MS Official)

...COMPLAINT
...omplaint in the above captioned manner at

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
401 W. Peachtree St, NW
Stp 333-D, Ste #900
Atlanta, GA 30308

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bill Allen     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Bill Allen

C. Date of Delivery: JUN 27 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 5259

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

**RECEIVED**
JUL 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Copy 4 - USMS District Suspense

Form USM-299 (Rev. 6/95)