CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JACK STEPHENS ) | |
| ) | |
| Plaintiff ) | Civil Case Number 07-1059 (ESH) |
| v. ) | |
| ) | Category   F |
| UNITES STATES GOVERNMENT, et al. ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 3, 2007</u> from <u>Judge Rosemary M. Collyer</u> to <u>Judge Ellen S. Huvelle</u> by direction of the Calendar Committee.

(Reassigned as related to 06-1006)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Collyer</u> & Courtroom Deputy
      <u>Judge Huvelle</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓