IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JACK STEPHENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-1059 (RMC) |
| ) | |
| UNITED STATES, et al. ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' MOTION TO TRANSFER

DEFENDANT, the United States of America, moves the Court to transfer plaintiff's action to the United States District Court for the Southern District of Georgia. As grounds for this motion, the United States submits that venue for this refund suit is improper in the District of Columbia.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: August 3, 2007.    Respectfully submitted,

                                            /s/ Pat S. Genis
                                            PAT S. GENIS, #446244
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Washington, DC  20044
                                            Tel./FAX:  (202) 307-6390/614-6866
                                            Email: pat.genis@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2644096.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL JACK STEPHENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-1059 (RMC) |
| | ) | |
| UNITED STATES, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF THE**
**UNITED STATES' MOTION TO TRANSFER**

This is a civil action in which plaintiff alleges, among other things, that he overpaid heavy vehicle use tax. Plaintiff resides in Georgia and seeks a refund for the alleged overpayment, along with other relief.

QUESTIONS PRESENTED

1. Plaintiff seeks a tax refund. A suit by an individual for a tax refund can be maintained only in the district where the plaintiff resides. Plaintiff lives in Bloomindale, Georgia. Should the Court transfer plaintiff's complaint to the United States District Court for the Southern District of Georgia?

STATEMENT

1. <u>Introduction & background</u>. Plaintiff, Michael Jack Stephens, filed a complaint on June 15, 2007. The complaint alleges that plaintiff paid $550 to the Internal Revenue Service as a heavy vehicle use tax. (Compl. ¶I.1.) Plaintiff asserts that

under 26 U.S.C. § 4481, the correct amount of the taxes due was $240, and seeks, among other remedies, a refund of $310.  (Comp. ¶¶ I.3.c., I.4.1.)

ARGUMENT

VENUE IS IMPROPER IN THIS COURT

Plaintiff seeks a refund of taxes.  Federal district courts have original jurisdiction over any civil action "for the recovery of any internal revenue tax alleged to have been erroneously or illegally assessed or collected. . . under the internal-revenue laws."  28 U.S.C. § 1346(a)(1).  Any action brought by an individual against the United States under section 1346(a) may be prosecuted only "in the judicial district where the plaintiff resides."  28 U.S.C. § 1402(a)(1); *Krapf v. United States*, 604 F.Supp. 1164, 1164-65 (D. Del. 1985).  If suit is not brought in the proper district, the court "shall dismiss" the suit, or the court may, in the interest of justice, transfer the action the action to the proper federal district court.  28 U.S.C. § 1406(a); *see also Davis v. United States*, 2006WL2687018, *4, n.2 (D.D.C. 2006).

Here, it is in the interest of justice to transfer the suit.  Plaintiff alleges that he overpaid his heavy vehicle use tax and seeks a refund of the overpayment.  (Compl. ¶ I.3.c.)  A refund suit can be prosecuted only in the district where plaintiff resides.  Plaintiff lives in Bloomingdale, Georgia, which is in Chatham County.  Accordingly, the proper venue for plaintiff's refund suit is in the United States District Court in the Southern District of Georgia.  *See* 28 U.S.C. § 90(c)(3) (Chatham County is in the

Southern District of Georgia). The United States asks the Court to transfer this case to that court.

## CONCLUSION

Plaintiff is a resident of Georgia. Thus, venue for the refund of taxes is not proper in this Court. Accordingly, this Court should transfer plaintiff's suit to the United States District Court for the Southern District of Georgia.

DATE: August 3, 2007.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Tel./FAX: (202) 307-6390/614-6866

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL JACK STEPHENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 07-1059 (RMC) |
| | ) | |
| UNITED STATES, et al. , | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the United States' MOTION TO TRANSFER, supporting MEMORANDUM, and proposed ORDER were served upon plaintiff *pro se* on August 3, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> Michael Jack Stephens
> *Plaintiff pro se*
> 128 Pinto Way
> Bloomingdale, GA 31302

> /s/ Pat S. Genis
> PAT S. GENIS, #446244

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL JACK STEPHENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-1059 (RMC) |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

Having considered the United States' motion to transfer plaintiff's suit, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that defendant's motion to transfer be and is GRANTED;

ORDERED that plaintiff' action is TRANSFERRED to the United States District Court for the Southern District of Georgia;

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Michael Jack Stephens
*Plaintiff pro se*
128 Pinto Way
Bloomingdale, GA 31302