UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JACK STEPHENS,        ) | |
| )                                              | |
| Plaintiff,                  )      | |
| )                                              | |
| v.                                          )  | Civil Action No. 07-1059 (ESH) |
| )                                              | |
| UNITED STATES, *et al.*,         ) | |
| )                                              | |
| Defendants.             )  | |
| )                                              | |

**ORDER**

The United States has filed a motion to transfer this case to the United States District Court for the Southern District of Georgia. Plaintiff is proceeding *pro* se in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the defendant's motion to transfer no later than August 20, 2007. If plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and transfer this case.

**SO ORDERED**.

                                                     /s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

DATE: August 3, 2007