IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MICHAEL JACK STEPHENS            )
                                 )
            Plaintiff,           )
                                 )
      v.                         )        No. 07-1059 (ESH)
                                 )
UNITED STATES, et al.,           )
                                 )
            Defendants.          )

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO ANSWER , MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, through their attorneys, move the Court under Fed. R. Civ. P. 6(b)(1) to enlarge the time to file its answer, move or otherwise respond to plaintiff's complaint.  As grounds for this motion, defendants submit that they have filed a motion asserting that venue is improper in this Court and that this action should be transferred to the United States District Court for the  Southern District of Georgia.  An enlargement of time following the Court's decision is needed to allow the proper governmental office to prepare the defense of this matter.

The specific relief sought by this motion is an order enlarging the time for defendants to serve an answer, motion, or other responsive pleading to the complaint 45 days after the Court decides defendants' motion to transfer this case.

DATE: August 7, 2007.                     Respectfully submitted,

                                          /s/ Pat Genis
                                          PAT S. GENIS, #446244
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 227
                                          Washington, D.C.  20044
                                          Tel/FAX: (202) 307-6390/614-6866
                                          Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL JACK STEPHENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-1059 (ESH) |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER , MOVE, OR OTHERWISE RESPOND TO COMPLAINT

This is a civil action in which plaintiff alleges, among other things, that he overpaid heavy vehicle use tax. Plaintiff resides in Georgia and seeks a refund for the alleged overpayment, along with other relief.

### STATEMENT

1. <u>Introduction & background</u>. Plaintiff, Michael Jack Stephens, filed a complaint on June 15, 2007. Defendants' response to plaintiff's complaint is due on or before August 16, 2007.

2. <u>Motion to Transfer</u>. On August 3, 2007, defendants filed a motion with this Court seeking to transfer this action to the United States District Court for the Southern District of Georgia. Plaintiff's refund suit must be brought in the district where he resides. Plaintiff resides in Bloomingdale, Georgia, in Chatham County, which is located in the Southern District of Georgia.

3. <u>Relief requested</u>. Defendants require an enlargement of time to allow the Court to reach a decision on defendants' motion to transfer this case. An enlargement of time following the Court's decision is needed to allow the proper offices in the Internal Revenue Service and the Department of Justice Tax Division to prepare the defense of this matter. Therefore, defendants request an enlargement of time of 45 days

after the Court decides on defendants' motion to transfer to answer, move, or otherwise respond to plaintiff's complaint.

4. <u>The Court has discretion to grant this motion.</u>  Under Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the complaint.  <u>See</u> <u>Poe v. Christina Copper Mines, Inc.</u>, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request.  Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown."  What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required.  The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987).

5. <u>Summary.</u>  The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.  The *pro se* plaintiff consents to an enlargement of time.

DATE: August 7, 2007.

      /s/ Pat Genis
     PAT S. GENIS, #446244
     Trial Attorney, Tax Division
     U.S. Department of Justice
     Post Office Box 227
     Washington, D.C.  20044
     Tel./FAX: (202) 307-6390/514-6866
     Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

1862608.1

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER , MOVE, OR OTHERWISE RESPOND TO COMPLAINT, MEMORANDUM in support, and proposed ORDER were filed in accordance with the Court's ECF procedures, and served upon plaintiff pro se on August 7, 2007, by depositing copies in the United States mail, postage prepaid, addressed as follows:

Michael Jack Stephens
*Plaintiff pro se*
128 Pinto Way
Bloomingdale, GA 31302


/s/ Pat S. Genis
PAT S. GENIS, #446244

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MICHAEL JACK STEPHENS )
)
Plaintiff, )
)
v. )                    No. 07-1059 (ESH)
)
UNITED STATES, et al., )
)
Defendants. )

## O R D E R

Having considered defendants' motion for enlargement of time to answer

complaint, together with the memorandum in support thereof, and having further

considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion

ought to be granted.  Accordingly, it is this _____ day of _____, 2007, at

Washington, District of Columbia,

ORDERED that defendants' motion to enlarge time to answer complaint be and

is GRANTED;

ORDERED that defendants' answer shall be due on or before 45 days after the

Court has rendered a decision on defendant's motion to transfer case; and

FURTHER ORDERED that the Clerk shall distribute conformed copies of this

order to the parties and representatives of the parties listed below.

_____

UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Michael Jack Stephens
*Plaintiff pro se*
128 Pinto Way
Bloomingdale, GA 31302