UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MICHAEL JACK STEPHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1059 (ESH) |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants, ) | |

### RESPONSE TO ORDER

Pursuant to the order, dated August 3, 2007, plaintiff hereby agrees with said order to transfer the case to the United States District Court for the Southern District of Georgia.

But: Plaintiff will require Trial by Jury Now.

Michael Jack Stephens
Michael Jack Stephens

Sui Juris
August 13th 2007

cc: file

## Certificate of Service

It is certified that Michael Jack Stephens "Plaintiff" mailed copy of this "Response to order" to defendant of record and counsel of record postage prepaid, addressed as follows:

1) U.S. District Court
   Clerk of Court
   333 Constitution Ave. NW
   Washington D.C. 20001

2) Pat S. Genis : office of Counsel
   Trial attorney
   P.O. Box 227
   Washington, D.C. 20044

_Michael Jack Stephens_
August 13th 2007

cc - File